

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2023

Nos. 04-19-00714-CV, 04-19-00715-CV, 04-19-00716-CV

Todd A. **DURDEN**,
Appellant

v.

TullyJames T. "Tully" **SHAHAN**, in his Official Capacity as County Judge; Mark Frerich, in his Official Capacity as County Commissioner; Joe Montalvo, in his Official Capacity as County Commissioner; Dennis Dodson, in his Official Capacity as County Commissioner; Tim Ward, in his Official Capacity as County Commissioner; Kinney County Commissioners Court; Kinney County; and Rick Alvarado, in his Official Capacity as District and County Clerk of Kinney, Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court Nos. 4845, 4863, 4866
Honorable Sid L. Harle, Judge Presiding

## O R D E R

After the Supreme Court of Texas remanded these causes to this court, we set Appellant's amended brief due on February 17, 2023. Before the due date, Appellant filed a motion to abate this appeal for court-ordered mediation, or in the alternative, a motion for a thirty-day extension of time to file the brief. *See* TEX. R. APP. P. 38.6(d).

Appellees oppose Appellant's motion.

Appellant's motion to abate these appeals for court-ordered mediation is DENIED. Appellant's motion for extension of time to file the amended brief is GRANTED. The brief is due on March 20, 2023. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2023.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court